No. 46730.—Protest 877303–G of Stern Bros. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise consists of atomizers similar to those the subject of Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.

No. 46731.—Protests 766384–G, etc., of Irving W. Rice Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of atomizers and atomizers in sets composed in chief value of decorated glass and that they are similar to those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.

No. 46732.—Protest 473333–G of Canat & De La Chapelle, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of wool hat bodies similar in all material respects to those the subject of *Cohn* v. *United States* (25 C. C. P. A. 220, T. D. 49335) and *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). In accordance therewith the wool hat bodies in question were held dutiable at the appropriate rate according to value under paragraph 1115 (a) as claimed.

No. 46733.—Protests 62621–K, etc., of Vegex, Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 45107 the dried brewers' yeast in question was held entitled to free entry under paragraph 1669 as claimed.

No. 46734.—Protests 33351–K, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel it was held that the merchandise covered by the protests herein is dutiable at $7\frac{1}{100}$ of 3 cents per pound on the entire weight.